**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

In re:

| | |
|---|---|
| Sparhawk, LLC, *et al.*,[1] | Case No. 26-10527-tml |
| | Chapter 11 |
| Debtors. | Jointly Administered |

**DECLARATION OF DEVIN NORRIS IN SUPPORT OF APPLICATION TO EMPLOY RITCHIE BROS. AS AUCTIONEER AND APPROVE AUCTION**

I, Devin Norris, declare as follows:

1. I am a National Director with Ritchie Bros. Auctioneers (America), Inc. ("Ritchie Bros." or "Auctioneer"). Ritchie Bros.' office is located at 2400 Ritchie Rd, Morris, IL 60450. Ritchie Bros.' parent company, RB Global, Inc., is headquartered at Two Westbrook Corporate Center Suite #1000, Westchester, IL 60154.

2. I submit this Declaration in support of the Application to Employ Ritchie Bros. As Auctioneer and Approve Auction filed by the Chapter 11 Trustee (the "Trustee") for Sparhawk Properties LLC, Sparhawk Trucking, Inc., or Sparhawk Truck and Trailer, Inc. (collectively, the "Debtors") with regard to substantially all remaining trucks and trailers that are property of the bankruptcy estates (the "Estates" and, individually, an "Estate").

3. Unless otherwise stated, the facts set forth herein are based on my personal knowledge, upon records maintained by Ritchie Bros. in the ordinary course

[1] Jointly administered with Sparhawk Properties LLC (Case No. 26-10528-11), Sparhawk Trucking, Inc. (Case No. 26-10529-11) and Sparhawk Truck and Trailer, Inc. (Case No. 26-10530-11). This declaration applies to all four debtors.

of business, and which have been reviewed by me or other Ritchie Bros. employees at my direction, or upon information provided to me by other Ritchie Bros. employees. To the extent any information disclosed in this declaration requires amendment or modification as additional information becomes available, a supplemental declaration will be submitted to the Court.

4. The Trustee has entered into a Contract to Auction with Ritchie Bros. to conduct an online public auction of substantially all of the remaining non-real estate assets of the Estates (the "Contract"), a copy of which is attached hereto as **Exhibit A**. Ritchie Bros. has agreed to conduct the auction (the "Auction") pursuant to the terms of the Contract including:

a. A commission paid by the relevant Estate of 8% of the gross proceeds of the Auctions paid to Auctioneer;

b. Reimbursement of its required bond for the Auction in the amount of $37,700 and reimbursement of Refurbishing and Maintenance Work as set forth in the Contract; and

c. Payment of a Transaction Fee by the Purchaser of equipment pursuant to this schedule:

| Winning Bid for a Lot | Transaction Fee |
|---|---|
| USD $30,000 or less | 10% of the winning bid; with a minimum fee of USD $100 per Lot |

| | |
|---|---|
| Greater than USD $30,000 up to and including USD $75,000 | 5.5% of the winning bid; with a minimum fee of USD $3,000 per Lot |
| Greater than USD $75,000 | USD $4,125 |

5. To the best of my knowledge, neither I nor Ritchie Bros.: (1) are a creditor, equity security holder or an insider of; (2) are or have been a director, officer, or employee of the Debtors; or (3) have any interest materially adverse to the interest of the Estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

6. To the best of my knowledge, other than as disclosed above, Ritchie Bros. does not have any connections with the Debtors, their creditors, or any other parties in interest, their respective attorneys or accountant, the United States Trustee, or any other person employed by the Office of the United States Trustee, except that Ritchie Bros. has conducted thousands of commercial and industrial auctions since its founding in the 1960s. Parties have likely contributed property or bid for property at those auctions.

7. I have reviewed the various Declarations of Service for the Notice of Deadline to File Proofs of Claim or Interest (ECF Nos. 274, 306, 317, 347, 364) and have identified no other conflicts or connections. I am not aware of any other connections with the Debtors, any creditor or any other party in interest or their respective

attorneys and accountants, or the United States Trustee or any other person employed in the Office of the United States Trustee in any way except as described above.

8. As part of its diverse global activities, Auctioneer may be involved in numerous cases, proceedings, and transactions involving many different entities, attorneys, accountants, investment bankers, financial consultants, or other professionals, some of whom may be or represent claimants and parties in interest in these Chapter 11 Cases. Further, Auctioneer may have in the past, and may in the future, advised and/or have been represented by several attorneys, law firms, and other professionals, some of whom may be involved in these Chapter 11 Cases. Finally, Auctioneer may currently, have in the past, and will likely in the future, be working with or against Potential Parties in Interest involved in these Chapter 11 Cases in matters wholly unrelated to these Chapter 11 Cases. Based upon the undersigned's current knowledge of the Potential Parties in Interest involved in these Chapter 11 Cases, and to the best of the undersigned's knowledge, none of these business relationships constitute interests adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders in matters upon which Auctioneer is to be employed, and none are in connection with these Chapter 11 Cases.

9. Ritchie Bros. has not shared or agreed to share any compensation received in connection with these proceedings with any entity other than its members, partners, or associates in accordance with 11 U.S.C. § 504(b) except for the following:

Ritchie Bros. and Gordon Bros. and its affiliates ("Gordon Brothers") have entered into a fee sharing agreement in connection with the Auction. Other than Gordon Brothers, Ritchie Bros. has not shared or agreed to share any compensation received in connection with these proceedings with any entity other than its members, partners, or associates in accordance with 11 U.S.C. § 504(b), and this disclosure is made to ensure full transparency to the Court and all parties in interest.

**Declaration**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/13/2026

Devin Norris
National Director
Ritchie Bros. Auctioneers (America), Inc.