UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br>Sparhawk, LLC,[1]<br>Debtor. | Case No. 1-26-10527-tml<br>Chapter 11<br>Jointly Administered |

**ORDER GRANTING APPLICATION TO EMPLOY RITCHIE BROS. AUCTIONEERS (AMERICA), INC.; APPROVING AUCTION, AUTHORIZING DISBURSMENT OF NET PROCEEDS TO SECURED LENDERS, AND APPROVING ABANDONMENT OF CERTAIN EQUIPMENT**

Matthew Brash (the "Trustee"), the Chapter 11 trustee for the bankruptcy estates of Sparhawk, LLC, Sparhawk Properties LLC, Sparhawk Trucking, Inc. and Sparhawk Truck and Trailer, Inc., filed An Application to Employ Ritchie Bros. Auctioneers (America), Inc., Motion to Approve Auction, and Motion to Disburse Net Proceeds to Secured Lenders (the "Motion")(ECF. ___). The Court held a hearing on the Motion on October 13, 2026, at 1:00 PM. No objections to the Motion were filed. The Court has reviewed the Declaration of Devin Norris filed in support of the Motion, and it appears that Ritchie Bros. Auctioneers (America), Inc. ("Ritchie Bros.") is a disinterested person. Accordingly:

IT IS HEREBY ORDERED that the Motion is APPROVED.

IT IS FURTHER ORDERED that Trustee is authorized to employ Ritchie Bros.

[1] Jointly administered with Sparhawk Properties LLC (Case No. 26-10528-11), Sparhawk Trucking, Inc. (Case No. 26-10529-11) and Sparhawk Truck and Trailer, Inc. (Case No.26-10530-11). This Order applies to all four debtors.

as an auctioneer to conduct the auction of substantially all of the Debtors' remaining trucks and trailers (the "Auction") as listed Exhibit A to the Contract to Auction (the "Contract") attached to the Motion as Exhibit A (the "Assets"), all pursuant to the terms of the Contract.

IT IS FURTHER ORDERED that the Trustee is authorized to sell the Assets pursuant to the Contract free and clear of liens, claims, interests, and encumbrances pursuant to 11 U.S.C. § 363(f), with all liens, claims, interests, and encumbrances attaching to the proceeds of the Auction.

IT IS FURTHER ORDERED that the Ritchie Bros. is authorized to withhold from the gross sale proceeds from the Auction a commission to be paid by the relevant bankruptcy estate of 8 % of the gross proceeds of the Auction, plus the reimbursement of Refurbishing and Maintenance Work as set forth in the Contract, and that Ritchie Bros. may collect from successful bidders directly the Transaction Fee as set forth in the Contract, and that Ritchie Bros. shall turnover the balance of the gross proceeds (the "Net Proceeds") to the Trustee as set forth in the Contract.

IT IS FURTHER ORDERED that the Trustee is authorized to disburse to lenders other than WoodTrust Bank which hold a properly perfected lien on Assets to be sold at Auction (the "Equipment Lenders"), in full or partial satisfaction of their claims as applicable, the net proceeds from the sale of their individual collateral, up to the amount of their secured claims in the collateral sold at Auction,

and that the Trustee shall hold the balance of the Net Proceeds after payment of the claims, if any, until further order of this Court.

IT IS FURTHER ORDERED that the Trustee's abandonment of the collateral of the Equipment Lenders that choose not to participate in in the Auction is approved.

IT IS FURTHER ORDERED that from the Net Proceeds of the sale of Assets at Auction on which WoodTrust has a properly perfected title lien (the "WoodTrust Title Collateral"), the Trustee is authorized to disburse to WoodTrust Bank all but $500,000.00 of the net proceeds of the WoodTrust Title Collateral, and that the Trustee shall hold the $500,000.00 until further agreement between WoodTrust and the Trustee, or further order of this Court.

IT IS FURTHER ORDERED the Trustee shall hold the Net Proceeds of the Assets without liens evidenced on the title to the Assets until further order of this Court.

IT IS FURTHER ORDERED that the compensation paid to Ritchie Bros. as set forth in this order is approved pursuant to 11 U.S.C. § 328(a) and that Ritchie Bros. is not required to submit any further applications to approve such compensation.

IT IS FURTHER ORDERED that the effective date of Ritchie Bros.' employment authorized by this order is October 13, 2026.

IT IS FURTHER ORDERED that the stay of order set forth in Fed. R. Bankr. P. 6004 is waived, and the terms of this order are effective immediately.

Date: ENTER:

______________________________
Thomas M. Lynch
United States Bankruptcy Judge